# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN PACHECO,<br><br>    Petitioner,<br><br>v.<br><br>DAWN DAVISON, Warden,<br><br>    Respondent. | Case No. CV 08-3019-SJO (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Respondent has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

///
///
///
///
///

1     IT IS HEREBY ORDERED that judgment be entered granting a writ of habeas corpus
2 as follows: The Board shall conduct a new parole suitability hearing within 120 days of the
3 entry of judgment herein. The Board shall conduct the hearing and render its decision in a
4 manner consistent with the findings set forth in the Report and Recommendation and adopted
5 herein.

7 DATED: September 25, 2009

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE