# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN PACHECO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAWN DAVISON, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-3019-SJO (JEM)<br><br>**J U D G M E N T** |

　　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is granted and a writ of habeas corpus is issued as follows: The Board shall conduct a new parole suitability hearing within 120 days of the entry of this judgment. The Board shall conduct the hearing and render its decision in a manner consistent with the findings set forth in the Report and Recommendation and adopted herein.

DATED: September 25, 2009

　　　　　　　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE